UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey Robinson and Debra Robinson,

      Plaintiffs,

v.                                                                            Civil No. 13-1868 (JNE/JSM)
                                                               ORDER

Federal National Mortgage Association,

      Defendant.

In a Report and Recommendation dated December 27, 2013, the Honorable Janie S. Mayeron, United States Magistrate Judge, recommended that Federal National Mortgage Association's Motion to Dismiss be granted and that this action be dismissed with prejudice. No objection to the Report and Recommendation has been filed. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 25].

Therefore, IT IS ORDERED THAT:

1. Federal National Mortgage Association's Motion to Dismiss [Docket No. 15] is GRANTED.

2. This action is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 21, 2014                         s/Joan N. Ericksen
                                                                              JOAN N. ERICKSEN
                                                                              United States District Judge